# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS A. MANDARINI, III, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS, <br>                Plaintiff, <br><br>           v. <br><br> METROPOLITAN MASONRY WATERPROOFING & RESTORATION, INC., <br>                Defendant, <br><br>           and <br><br> SHAWMUT WOODWORKING & SUPPLY, INC. d/b/a SHAWMUT DESIGN & CONSTRUCTION, SUFFOLK CONSTRUCTION COMPANY, INC., and CALLAHAN, INC., <br>           Reach-and-Apply Defendants. | C.A. No. 21-cv-11350-AK |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Louis A. Mandarini, III, as he is Executive Director, Massachusetts Laborers' Benefit Funds hereby notifies the Court that Plaintiff's claims against Reach-and-Apply Defendant Callahan, Inc. are dismissed without prejudice and without costs.

Respectfully submitted,

LOUIS A. MANDARINI, III, as he is
EXECUTIVE DIRECTOR, MASSACHUSETTS
LABORERS' BENEFIT FUNDS,

By his Attorneys,

/s/ Sophie C. Esquier
Nathan P. Goldstein, BBO No. 666101

Sasha N. Gillin, BBO No. 690769
Sophie C. Esquier, BBO No. 698875
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 742-0208, Ext. 223
ngoldstein@segalroitman.com
sgillin@segalroitman.com
sesquier@segalroitman.com

Dated: November 2, 2021

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by certified and first class mail, postage prepaid, upon the Defendant, Metropolitan Masonry Waterproofing & Restoration, Inc. at 131 West Street, West Bridgewater, MA 02379 on this 2nd day of November, 2021.

/s/ Sophie C. Esquier
Sophie C. Esquier, Esquire

SCE/sce&ts
6306-21189/notice-dismissal-callahan.doc

2