# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LOUIS A. MANDARINI, III, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' BENEFIT FUNDS,<br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN MASONRY WATERPROOFING & RESTORATION, INC.,<br>        Defendant,<br><br>and<br><br>SUFFOLK CONSTRUCTION COMPANY, INC.,<br>        Reach-and-Apply Defendant. | C.A. No. 21-cv-11350-AK |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Louis A. Mandarini, III, as he is Executive Director, Massachusetts Laborers' Benefit Funds hereby notifies the Court that Plaintiff's claims against Reach-and-Apply Defendant Suffolk Construction Company, Inc. are dismissed with prejudice and without costs, and with all rights of appeal waived as to the dismissed claims.

Respectfully submitted,

LOUIS A. MANDARINI, III, as he is
EXECUTIVE DIRECTOR, MASSACHUSETTS
LABORERS' BENEFIT FUNDS,

By his Attorneys,

/s/ Sophie C. Esquier
Nathan P. Goldstein, BBO No. 666101
Sasha N. Gillin, BBO No. 690769

Sophie C. Esquier, BBO No. 698875  
SEGAL ROITMAN, LLP  
33 Harrison Avenue, 7th Floor  
Boston, MA 02111  
(617) 742-0208, Ext. 223  
ngoldstein@segalroitman.com  
sgillin@segalroitman.com  
sesquier@segalroitman.com  

Dated: February 18, 2022

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 18th day of February, 2022.

/s/ Sophie C. Esquier  
Sophie C. Esquier, Esquire